ROBERT M. SCHWARTZ (S.B. #117166)
    rschwartz@omm.com
CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
BRIAN J. FINKELSTEIN (S.B. #261000)
    brianfinkelstein@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700

MARC A. BECKER (S.B. #138872)
    marcbecker@quinnemanuel.com
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANJAQ, LLC, a Delaware limited liability company; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; UNITED ARTISTS CORPORATION, a Delaware corporation; SEVENTEEN LEASING CORPORATION, a Delaware corporation; EIGHTEEN LEASING CORPORATION, a Delaware corporation; NINETEEN LEASING CORPORATION, a Delaware corporation; TWENTY LEASING CORPORATION, and a Delaware corporation; TWENTY-ONE LEASING COMPANY LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br>   vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and AARON BERG, an individual,<br><br>          Defendants. | Case No. 2:14-cv-02527 DDP-Ex<br><br>**STIPULATION TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>**[PROPOSED] ORDER FILED HEREWITH**<br><br>**Judge:**    Hon. Dean D. Pregerson<br>**Magistrate:**  Hon. Charles F. Eick |

1. Plaintiffs filed the complaint in this matter on April 3, 2014. *See* Docket No. 1.

2. Plaintiffs served the summons and complaint on defendants Universal City Studios LLC and NBCUniversal Media, LLC (collectively, "Universal") on April 3, 2014, and on defendant Aaron Berg on April 16, 2014. *See* Docket Nos. 12, 13, 20.

3. On April 18, 2014, at defendants' request, the parties filed a joint stipulation to extend defendants' deadline to file their responsive pleadings to May 27, 2014. *See* Docket No. 18. The Court entered an order granting the stipulation on April 21, 2014. *See* Docket No. 19.

4. Universal filed a motion to dismiss plaintiffs' complaint on May 27, 2014. *See* Docket No. 24. Berg filed a separate motion to dismiss plaintiffs' complaint on the same day. *See* Docket No. 22.

5. Both motions are currently scheduled for a hearing on June 30, 2014. Plaintiffs' deadline to oppose defendants' motions to dismiss is currently June 9, 2014. Defendants' deadline to file replies in support of their motions to dismiss is currently June 16, 2014.

6. The parties have agreed that, in consideration of certain scheduling accommodations required by the parties and their counsel, good cause exists to modify the briefing schedule for defendants' motions to dismiss.

7. Accordingly, subject to the Court's acceptance of this stipulation by entry of the proposed Order filed herewith, the parties hereby stipulate as follows:

    a. Plaintiffs shall have until Wednesday, June 25, 2014, to file their oppositions to defendants' two motions to dismiss.

    b. Defendants shall have until Friday, July 11, 2014, to file their replies in support of defendants' two motions to dismiss.

     c.    The parties respectfully request that the hearing on defendants' two motions to dismiss be held on Monday, July 28, 2014, subject to the Court's consent and availability.

     d.    Defendants may not refer to or otherwise rely on this extension of time as grounds to oppose any request plaintiffs may seek with regard to provisional relief (including a preliminary injunction) or case management (including the schedule for discovery).

Dated: June 3, 2014        O'MELVENY & MYERS LLP

By: /s/ Robert M. Schwartz         .
     Robert M. Schwartz
Attorneys for Plaintiffs

Dated: June 3, 2014        GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Aaron Moss         .
     Aaron Moss
Attorneys for Defendants Universal City Studios LLC and NBCUniversal Media, LLC

Dated: June 3, 2014        LATHROP & GAGE LLP

By: /s/ David Aronoff         .
     David Aronoff
Attorneys for Defendant Aaron Berg

## **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 3, 2014        O'MELVENY & MYERS LLP

By: /s/ Robert M. Schwartz         .
     Robert M. Schwartz
Attorneys for Plaintiffs