BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
 CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendants UNIVERSAL CITY STUDIOS LLC, NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANJAQ, LLC, a Delaware Limited liability company METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; UNITED ARTISTS CORPORATION, a Delaware corporation; SEVENTEEN LEASING CORPORATION, a Delaware corporation; EIGHTEEN LEASING CORPORATION, a Delaware corporation; NINETEEN LEASING CORPORATION, a Delaware corporation; TWENTY LEASING CORPORATION, and a Delaware corporation; TWENTY-ONE LEASING COMPANY LLC, a Delaware limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and AARON BERG, an individual,<br><br>Defendants. | Case No.  2:14-CV-02527 DDP-Ex<br><br>*Assigned To:  Hon. Dean D. Pregerson*<br><br>**DEFENDANTS UNIVERSAL CITY STUDIOS LLC AND NBC UNIVERSAL MEDIA LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>[Reply Memorandum filed concurrently herewith]<br><br>Date:  July 28, 2014<br>Time:  10:00 a.m.<br>Crt Rm:  3 – 2nd Floor<br><br>Action filed on April 3, 2014 |

88545-00008/2209445.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), Defendants Universal City Studios LLC and NBCUniversal Media, LLC hereby request that the Court take judicial notice of the following:

The Merriam-Webster.com definition of "revision" – "a change or a set of changes that corrects or improves something" – a true and correct copy of which is attached hereto as Exhibit "A." *See Singh v. Aschcroft*, 393 F.3d 903, 905 (9th Cir. 2004) (taking judicial notice of "well[-]established" facts); *Turman-Kent v. Merit Sys. Prot. Bd.*, 657 F.3d 1280, 1290 n.5 (Fed Cir. 2011) (taking judicial notice of medical dictionaries).

DATED: July 11, 2014

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: ____/s/ Aaron J. Moss_____
   AARON J. MOSS (SBN 190625)
   Attorneys for Defendants
   UNIVERSAL CITY STUDIOS LLC,
   NBCUNIVERSAL MEDIA, LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

88545-00008/2209445.1    1    DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A





AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster
m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
**Spanish Central ▶**

revision



Test Your Vocabulary
Take Our 10-Question Quiz

## revision

Popularity

Sponsored Links                                                Advertise Here

**Laser Eye Bag Removal**
As Seen on Good Day LA! #1 Celebrity Eye Bags and Circles...
www.epione.com/under-eyes

### re·vi·sion

**: a change or a set of changes that corrects or improves something**

: a new version of something : something (such as a piece of writing or a song) that has been corrected or changed

: study of information that was studied before

**Full Definition of REVISION**                         

**1  a :** an act of revising

   **b :** a result of revising : ALTERATION

**2  :** a revised version

— re·vi·sion·ary    *adjective*

⌘ See revision defined for English-language learners »
   See revision defined for kids »

**Examples of REVISION**

This edition is filled with *revisions*.

A *revision* of the theory will be necessary.

They made *revisions* to the book.

The teacher gave me some suggestions for *revision*.

This is the original version, not the *revision*.

Here is my *revision* of the paragraph.

**First Known Use of REVISION**

1611

**Related to REVISION**

alteration  difference  modification  redoing  refashioning
remaking  remodeling  revamping  review  revise  change
reworking  variation

fixation  stabilization

amendment  correction  rectification  reform  conversion
deformation  distortion  metamorphosis  mutation
transfiguration  transformation  fluctuation  oscillation
shift  displacement  replacement  substitution
adjustment  modulation  regulation  tweak  redesign  redo





**MORE QUIZZES**


**Name That Thing**
Take our visual vocab quiz
Test Your Knowledge »


**True or False?**
A quick quiz about stuff worth knowing
Take It Now »


**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »


**Frog Tossing & More: Words You May Hardly Believe**
Top 10 Words with Bizarre Meanings


**What Is a "Kinesophobe" So Afraid Of?**
Unusual Phobias, Vol. 2

**STAY CONNECTED**


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
iPhone | iPad | Android | More


**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter

## YOU WILL TURN OFF YOUR TV

Television is on its way out. And you're going to be thrilled. Because that means... as soon as