# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANJAQ, LLC, a Delaware limited liability company, etc., et al.<br><br>PLAINTIFF(S)/PETITIONER(S)<br>v.<br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company, etc., et al.<br><br>DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER<br><br>CV 14-02527 DDP (Ex)<br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 14-03 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

28 USC 455(a)

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 14-03.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

July 17, 2014
Date

United States District Judge Dean Pregerson

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **S. James Otero**. On all documents subsequently filed in this case, please substitute the initials **SJO** after the case number in place of the initials of the prior Judge so that the case number will read: **CV 14-02527 SJO (Ex)**.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:  [ ] *Previous Judge*   [ ] *Statistics Clerk*

---

CV-52 (06/14)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 14-03