BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
DANIEL G. STONE (SBN 265397)
DStone@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC,
NBCUNIVERSAL MEDIA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANJAQ, LLC, a Delaware Limited liability company; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation; UNITED ARTISTS CORPORATION, a Delaware corporation; SEVENTEEN LEASING CORPORATION, a Delaware corporation; EIGHTEEN LEASING CORPORATION, a Delaware corporation; NINETEEN LEASING CORPORATION, a Delaware corporation; TWENTY LEASING CORPORATION, and a Delaware corporation; TWENTY-ONE LEASING COMPANY LLC, a Delaware limited liability company | Case No.  2:14-CV-02527 SJO (Ex) *Assigned To:  Hon. S. James Otero* **DEFENDANTS UNIVERSAL CITY STUDIOS LLC AND NBCUNIVERSAL MEDIA, LLC'S ANSWER TO COMPLAINT** **DEMAND FOR JURY TRIAL** **Action filed on April 3, 2014** |
| Plaintiffs, | |
| v. | |
| UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and AARON BERG, an individual, | |
| Defendants. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

Defendants UNIVERSAL CITY STUDIOS LLC and NBCUNIVERSAL MEDIA, LLC (individually and collectively, "Universal Defendants") hereby answer the Complaint of Plaintiffs Danjaq, LLC ("Danjaq") and Metro-Goldwyn-Mayer Studios Inc.; United Artists Corporation; Seventeen Leasing Corporation; Eighteen Leasing Corporation; Nineteen Leasing Corporation; Twenty Leasing Corporation; and Twenty-One Leasing Company LLC (collectively "MGM" and, together with Danjaq, "Plaintiffs"), as follows:

## PRELIMINARY STATEMENT

Plaintiffs' lawsuit is the desperate attempt of a rival studio to misuse its copyrights in order to kill a competitor's project before it even gets off the ground. Plaintiffs were repeatedly informed before filing their complaint that the screenplay at issue would not be the basis of any motion picture that might ultimately be produced, and that the screenplay Universal acquired would be substantially revised to eliminate any potentially objectionable elements. But Plaintiffs' goal is not to prevent the infringement of the James Bond works. They are instead intent on scaring away Universal and any other would-be competitors, thereby gaining a monopoly on the British spy genre. Plaintiffs' lawsuit is a patent waste of resources for the parties and the Court. It is also antithetical to copyright law, which only protects concrete expression, not abstract ideas, and was never intended to be used as a sword to prevent lawful competition.

## JURISDICTION

1.     Universal Defendants admit that Plaintiffs purport to allege a claim for copyright infringement and that, based on this allegation, the Court has federal question jurisdiction over that claim. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 1.

## NATURE OF THE ACTION

2.     Universal Defendants deny all of the allegations express or implied, in Paragraph 2. To the extent that the Complaint purports to describe or characterize

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis.

3.    Universal Defendants deny all of the allegations express or implied, in the first sentence of Paragraph 3.  Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3 and on that basis deny those allegations, express or implied.

4.    With respect to the first sentence of Paragraph 4, Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny the allegations, express or implied, in the first sentence of Paragraph 4.  To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 4.

5.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 5.

6.    To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay, that screenplay speaks for itself, and Universal Defendants deny those allegations on that basis.  Universal Defendants deny that portion of the first sentence of Paragraph 6 which alleges "[s]eemingly in anticipation of this lawsuit" and the allegations, express or implied, in the last sentence of Paragraph 6. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6, and on that basis deny those allegations, express or implied.

**Events Leading To The Filing Of The Action**

7.    Universal Defendants admit that they received a letter from Plaintiffs in November 2013.  To the extent that the Complaint purports to describe or characterize the contents of the letter or the Complaint, the letter and the Complaint

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1    speak for themselves, and Universal Defendants deny those allegations on that

2    basis.  Universal Defendants deny the remaining allegations of Paragraph 7, express

3    or implied.

4         8.    Universal Defendants admit that they responded in writing to

5    Plaintiffs' November 2013 correspondence.  To the extent that the Complaint

6    purports to describe or characterize the contents of Universal Defendants' written

7    response, the response speaks for itself, and Universal Defendants deny those

8    allegations on that basis.  Universal Defendants are without knowledge or

9    information sufficient to form a belief as to the truth of the remaining allegations in

10   Paragraph 8, and on that basis deny those allegations, express or implied.

11        9.    With respect to the first sentence of Paragraph 9, Universal Defendants

12   are without knowledge or information sufficient to form a belief as to the truth of

13   these allegations, and on that basis deny the allegations, express or implied, in the

14   first sentence of Paragraph 9.  Universal Defendants deny the remaining allegations

15   of Paragraph 9, express or implied.

16        10.    Universal Defendants admit that Plaintiffs contacted Universal

17   Defendants on approximately March 26, 2014, and that Universal Defendants

18   replied on approximately March 31, 2014.  To the extent that the Complaint

19   purports to describe or characterize the contents of Plaintiffs' March 26, 2014 letter

20   or Universal Defendants' March 31, 2014 letter, the letters speak for themselves,

21   and Universal Defendants deny those allegations on that basis.  Universal

22   Defendants are without knowledge or information sufficient to form a belief as to

23   the truth of the remaining allegations of Paragraph 10 and on that basis deny those

24   allegations, express or implied.

25        11.    To the extent that the Complaint purports to describe or characterize

26   the contents of Universal Defendants' March 31, 2014 letter, the document speaks

27   for itself, and Universal Defendants deny those allegations on that basis.  With

28   respect to the last sentence of Paragraph 11, Universal Defendants are without

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis deny the allegations, express or implied, in the last sentence of Paragraph 11.  Universal Defendants deny the remaining allegations, express or implied, in Paragraph 11.

## VENUE

12.     Universal Defendants admit that venue is proper in this district.

13.     Universal Defendants admit that the court has personal jurisdiction over Universal Defendants in this matter.

## THE PARTIES

14.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and on that basis deny all of those allegations, express or implied.

15.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and on that basis deny all of those allegations, express or implied.

16.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and on that basis deny all of those allegations, express or implied.

17.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and on that basis deny all of those allegations, express or implied.

18.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and on that basis deny all of those allegations, express or implied.

19.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and on that basis deny all of those allegations, express or implied.

20.     Universal Defendants are without knowledge or information sufficient

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

88545-00008/2265449.3          4          UNIVERSAL DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

to form a belief as to the truth of the allegations in Paragraph 20, and on that basis deny all of those allegations, express or implied.

21. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and on that basis deny all of those allegations, express or implied.

22. Universal Defendants admit the allegations of Paragraph 22.

23. Universal Defendants admit the allegations of Paragraph 23.

24. Universal Defendants admit that Defendant Aaron Berg wrote a *Section 6* screenplay. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 24, and on that basis deny those allegations, express or implied.

25. Universal Defendants deny all of the allegations, express or implied, in Paragraph 25.

## **ALLEGATIONS COMMON TO ALL CLAIMS**

26. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and on that basis deny all of those allegations, express or implied.

27. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and on that basis deny all of those allegations, express or implied.

28. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28, and on that basis deny all of those allegations, express or implied.

29. Universal Defendants admit that Plaintiff Metro-Goldwyn-Mayer Studios Inc. has publicly announced its intention to release a James Bond film in 2015. Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29, and on that basis deny all of those allegations, express or implied.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

5

30.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and on that basis deny all of those allegations, express or implied.

31.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and on that basis deny all of those allegations, express or implied.

32.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and on that basis deny all of those allegations, express or implied.

33.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and on that basis deny all of those allegations, express or implied.

34.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and on that basis deny all of those allegations, express or implied.

35.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35, and on that basis deny all of those allegations, express or implied.

36.     Universal Defendants admit that Defendant Aaron Berg wrote a screenplay entitled *Section 6*.  Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 36 and on that basis deny those allegations, express or implied.

37.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and on that basis deny all of those allegations, express or implied.

38.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 38.

39.     Universal Defendants deny that Berg distributed a copy of the *Section*

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

*6* screenplay to them.  Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 39, and on that basis deny those allegations, express or implied.

40.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 40.

41.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 41.

42.     Universal Defendants admit that they acquired rights to the *Section 6* screenplay on terms set forth in an agreement with Berg.  To the extent that the Complaint purports to describe or characterize the agreement, the agreement speaks for itself, and Universal Defendants deny those allegations on that basis.

43.     Universal Defendants admit that they acquired rights to the *Section 6* screenplay on terms set forth in an agreement with Berg.  To the extent that the Complaint purports to describe or characterize the agreement, the agreement speaks for itself, and Universal Defendants deny those allegations on that basis.

44.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 44.

45.     Universal Defendants admit that they have contracted with Berg to rewrite the *Section 6* screenplay.  To the extent that the Complaint purports to describe or characterize the agreement, the agreement speaks for itself, and Universal Defendants deny those allegations on that basis.  Universal Defendants deny the remaining allegations, express or implied, in Paragraph 45.

46.     Universal Defendants admit that Universal Pictures has authored a new *Section* 6 screenplay and is developing a possible *Section* 6 motion picture that would, if produced, be based on that new screenplay or subsequent screenplays authored by Universal Pictures.  Universal Defendants further admit that they have contracted with Berg to rewrite the *Section 6* screenplay and that Universal Pictures is overseeing that process.  To the extent that the Complaint purports to describe or

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

characterize the agreement, the agreement speaks for itself, and Universal Defendants deny those allegations on that basis.  Universal Defendants deny the remaining allegations, express or implied, in Paragraph 46.

47.    Universal Defendants deny the allegations, express or implied, in Paragraph 47.

48.    Universal Defendants deny the allegations, express or implied, in Paragraph 48.

49.    Universal Defendants deny the allegations, express or implied, in Paragraph 49.

50.    Universal Defendants deny the allegations, express or implied, in Paragraph 50.

51.    Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 concerning alleged media reports, and on that basis deny all of those allegations, express or implied.

52.    Universal Defendants admit that Plaintiffs have not authorized them to produce a motion picture or other derivative work based on copyright protected elements of the James Bond works.  Universal Defendants deny the remaining allegations, expressed or implied in Paragraph 52.

53.    Universal Defendants admit that they acquired rights to the *Section 6* screenplay on terms set forth in an agreement with Berg.  To the extent that the Complaint purports to describe or characterize the agreement, the agreement speaks for itself, and Universal Defendants deny those allegations on that basis.  Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 53, and on that basis deny those allegations, express or implied.

54.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 54.

55.    Universal Defendants deny all of the allegations, express or implied,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

in Paragraph 55.

56.     To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 56.

57.     To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 57.

58.     To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 58.

59.     To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 59.

60.     To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for themselves, and Universal Defendants deny those allegations on that basis. Universal Defendants deny the remaining allegations, express or implied, in Paragraph 60.

61.     To the extent that the Complaint purports to describe or characterize the *Section 6* screenplay or the James Bond works, those works speak for

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

1  themselves, and Universal Defendants deny those allegations on that basis.

2  Universal Defendants deny the remaining allegations, express or implied, in

3  Paragraph 61.

4       62.    To the extent that the Complaint purports to describe or characterize

5  the *Section 6* screenplay or the James Bond works, those works speak for

6  themselves, and Universal Defendants deny those allegations on that basis.

7  Universal Defendants deny the remaining allegations, express or implied, in

8  Paragraph 62.

9       63.    To the extent that the Complaint purports to describe or characterize

10  the *Section 6* screenplay or the James Bond works, those works speak for

11  themselves, and Universal Defendants deny those allegations on that basis.

12  Universal Defendants deny the remaining allegations, express or implied, in

13  Paragraph 63.

14       64.    To the extent that the Complaint purports to describe or characterize

15  the *Section 6* screenplay or the James Bond works, those works speak for

16  themselves, and Universal Defendants deny those allegations on that basis.

17  Universal Defendants deny the remaining allegations, express or implied, in

18  Paragraph 64.

19       65.    To the extent that the Complaint purports to describe or characterize

20  the *Section 6* screenplay, that work speaks for itself, and Universal Defendants deny

21  those allegations on that basis. Universal Defendants are without knowledge or

22  information sufficient to form a belief as to the truth of the remaining allegations in

23  Paragraph 65, and on that basis deny those allegations, express or implied.

24  **FIRST CLAIM FOR RELIEF**

25       66.    Universal Defendants reallege and incorporate by reference their

26  responses to Paragraphs 1 through 65, inclusive.

27       67.    Universal Defendants are without knowledge or information sufficient

28  to form a belief as to the truth of the allegations in Paragraph 67, and on that basis

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

deny all of those allegations, express or implied.

68.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and on that basis deny all of those allegations, express or implied.

69.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 69.

70.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 70.

71.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 71.

## SECOND CLAIM FOR RELIEF

72.     Universal Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 65, inclusive.

73.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and on that basis deny all of those allegations, express or implied.

74.     Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74, and on that basis deny all of those allegations, express or implied.

75.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 75.

76.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 76.

77.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 77.

78.     Universal Defendants deny all of the allegations, express or implied, in Paragraph 78.

79.     Universal Defendants deny all of the allegations, express or implied, in

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Paragraph 79.

## **THIRD CLAIM FOR RELIEF**

80.    Universal Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 65, inclusive.

81.    Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and on that basis deny all of those allegations, express or implied.

82.    Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and on that basis deny all of those allegations, express or implied.

83.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 83.

84.    Universal Defendants admit that they acquired rights to the *Section 6* screenplay on terms set forth in an agreement with Berg.  To the extent that the Complaint purports to describe or characterize the agreement, the agreement speaks for itself, and Universal Defendants deny those allegations on that basis.

85.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 85.

86.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 86.

87.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 87.

## **FOURTH CLAIM FOR RELIEF**

88.    Universal Defendants reallege and incorporate by reference their responses to Paragraphs 1 through 65, inclusive.

89.    Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and on that basis deny all of those allegations, express or implied.

90.    Universal Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and on that basis deny all of those allegations, express or implied.

91.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 91.

92.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 92.

93.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 93.

94.    Universal Defendants deny all of the allegations, express or implied, in Paragraph 94.

## AFFIRMATIVE DEFENSES

As for their separate and independent affirmative defenses, and without conceding that they bear the burden of proof or persuasion as to any of the below issues, Universal Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE
## (Failure to State a Claim

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
## (Independent Creation)

Plaintiffs' claims fail because both the original *Section 6* screenplay written by Defendant Aaron Berg and Universal Pictures' *Section 6* motion picture project are independent creations.

## THIRD AFFIRMATIVE DEFENSE
## (*Scenes a Faire*)

Plaintiffs' claims fail because, to the extent Universal Defendants have used any material contained in the James Bond works in connection with their *Section 6* motion picture project—which Universal Defendants deny—the use was limited to

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

*scenes a faire* or other expression not subject to copyright protection.

## FOURTH AFFIRMATIVE DEFENSE

### (*De Minimis* Use)

To the extent Universal Defendants have used any copyrighted material contained in the James Bond works in connection with their *Section 6* motion picture project—which Universal Defendants deny—such use was *de minimis* and not subject to liability.

## FIFTH AFFIRMATIVE DEFENSE

### (Fair Use)

To the extent Universal Defendants have used any copyrighted material contained in the James Bond works in connection with their *Section 6* motion picture project—which Universal Defendants deny—such use was protected "fair use" under the Copyright Act.

## SIXTH AFFIRMATIVE DEFENSE

### (First Amendment)

Plaintiffs' claims fail because, to the extent Universal Defendants have used any material contained in the James Bond works in connection with their *Section 6* motion picture project—which Universal Defendants deny—Plaintiffs' claims and/or remedies are barred by the First Amendment to the United States Constitution.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Domain)

Plaintiffs' claims fail because, to the extent Universal Defendants have used any material contained in the James Bond works in connection with their *Section 6* motion picture project—which Universal Defendants deny—the use was limited to material in the public domain, not protectable expression subject to copyright protection.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNIVERSAL DEFENDANTS' ANSWER TO
PLAINTIFFS' COMPLAINT

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

### EIGHTH AFFIRMATIVE DEFENSE

### (Innocent Intent)

Plaintiffs' claims fail because to the extent Universal Defendants' acts infringed any copyright in the James Bond works—which Universal Defendants deny—the infringement was innocent, not willful.

### NINTH AFFIRMATIVE DEFENSE

### (Lack of Registration)

To the extent Plaintiffs have failed to comply with the provisions of 17 U.S.C. §§ 411(a) and/or 412, Plaintiffs' claims are limited and/or barred.

### TENTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs are barred from obtaining relief under the Complaint or any of the purported claims alleged therein by the doctrine of laches due to Plaintiffs' unreasonable delay in seeking such relief.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

By reason of Plaintiffs' conduct, words and/or actions, Plaintiffs have waived the right to obtain relief on any of the purported claims for relief in the Complaint.

### TWELFTH AFFIRMATIVE DEFENSE

### (Estoppel)

By reason of Plaintiffs' conduct, words and/or actions and Universal Defendants' reasonable reliance to their detriment thereon, Plaintiffs are estopped from obtaining relief on any of the purported claims in the Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

By reason of Plaintiffs' conduct, words and/or actions, Plaintiffs are guilty of unclean hands and, therefore, precluded from obtaining the relief sought in the Complaint.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate/Set Off)

To the extent Plaintiffs have suffered any damage, loss and/or injury through any acts of Universal Defendants—which Universal Defendants deny—Plaintiffs have failed to reasonably and promptly mitigate their damages and, thus, any award should be reduced according to such failure.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Fault of Others)

Plaintiffs are barred and precluded from any recovery against Universal Defendants because to the extent Plaintiffs have suffered any damage, loss and/or injury—which Universal Defendants deny—it was caused by persons other than Universal Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Ripeness)

Plaintiffs' claims fail because they are premature and not ripe for adjudication.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Other Affirmative Defenses)

Universal Defendants have insufficient information upon which to form a belief as to whether they have additional affirmative defenses.  Universal Defendants reserve their right to asset additional affirmative defenses in the event they discovery facts upon which such affirmative defenses may be based.

## PRAYER FOR RELIEF

WHEREFORE, Universal Defendants prays for judgment as follows:

1.      That Plaintiffs take nothing by their Complaint;

2.      That each and every purported claim for relief set forth in the Compliant be dismissed with prejudice;

1          3.      That Universal Defendants be awarded attorney's fees and costs

2  incurred herein; and

3          4.      That the Court award such other and further relief in favor of

4  Universal Defendants as is just and proper.

6

DATED:  October 7, 2014       GREENBERG GLUSKER FIELDS

7                                CLAMAN & MACHTINGER LLP

9                        By:/s/ Aaron J. Moss

10                      AARON J. MOSS (SBN 190625)
                                  Attorneys for Defendants UNIVERSAL
11                      CITY STUDIOS LLC and
                                  NBCUNIVERSAL MEDIA, LLC

## **DEMAND FOR JURY TRIAL**

Defendants UNIVERSAL CITY STUDIOS LLC and NBCUNIVERSAL MEDIA, LLC hereby demand a jury trial as provided by Rule 38 of the Federal Rules of Civil Procedure.

DATED:  October 7, 2014          GREENBERG GLUSKER FIELDS |
                                 CLAMAN & MACHTINGER LLP


                                 By: /s/ Aaron J. Moss
                                 AARON J. MOSS (SBN 190625)
                                 Attorneys for Defendants UNIVERSAL
                                 CITY STUDIOS LLC, NBCUNIVERSAL
                                 MEDIA, LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590