1  ROBERT M. SCHWARTZ (S.B. #117166)
       rschwartz@omm.com
2  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
3  BRIAN J. FINKELSTEIN (S.B. #261000)
       brianfinkelstein@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, California  90067-6035
   Telephone:  (310) 553-6700
6
   MARC A. BECKER (S.B. #138872)
7      marcbecker@quinnemanuel.com
   QUINN EMANUEL URQUHART
8      & SULLIVAN, LLP
   865 S. Figueroa Street, 10th Floor
9  Los Angeles, California  90017
   Telephone:  (213) 443-3000
10
   Attorneys for Plaintiffs
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANJAQ, LLC, a Delaware limited liability company; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and AARON BERG, an individual,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-02527 SJO (Ex)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS UNIVERSAL CITY STUDIOS LLC AND NBCUNIVERSAL MEDIA, LLC**<br><br>**Judge:**　　Hon. S. James Otero<br>**Magistrate:**　Hon. Charles F. Eick<br><br>Trial Date:　February 16, 2016<br>Time:　　　9:00 a.m.<br>Courtroom:　1 |

# **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiffs Danjaq, LLC; Metro-Goldwyn-Mayer Studios Inc.; United Artists Corporation; Seventeen Leasing Corporation; Eighteen Leasing Corporation; Nineteen Leasing Corporation; Twenty Leasing Corporation; and Twenty-One Leasing Company LLC (collectively, "Plaintiffs") and defendants Universal City Studios LLC; NBCUniversal Media, LLC (collectively, with Universal City Studios LLC, the "Universal Defendants"); and Joshua Ehrenberg (identified in this action by the pseudonym "Aaron Berg"), through their designated counsel, that all claims Plaintiffs have brought against the Universal Defendants in the above-captioned action be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with Plaintiffs and the Universal Defendants to each bear their own attorneys' fees and costs with respect to these claims.

Dated:  January  5, 2015

O'MELVENY & MYERS LLP

By: /s/ Robert M. Schwartz
Robert M. Schwartz
Attorneys for Plaintiffs

Dated:  January  5, 2015

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Aaron J. Moss
Aaron J. Moss
Attorneys for Defendants Universal City Studios LLC and NBCUniversal Media, LLC

Dated:  January  5, 2015

LATHROP & GAGE LLP

By: /s/ David Aronoff
David Aronoff
Attorneys for Defendant Aaron Berg

## **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 7, 2015  O'MELVENY & MYERS LLP

By: /s/ Robert M. Schwartz
Robert M. Schwartz
Attorneys for Plaintiffs

2   STIPULATION OF DISMISSAL