1 | ROBERT M. SCHWARTZ (S.B. #117166)
  | rschwartz@omm.com
2 | CASSANDRA L. SETO (S.B. #246608)
  | cseto@omm.com
3 | BRIAN J. FINKELSTEIN (S.B. #261000)
  | brianfinkelstein@omm.com
4 | O'MELVENY & MYERS LLP
  | 1999 Avenue of the Stars, 7th Floor
5 | Los Angeles, California  90067-6035
  | Telephone:  (310) 553-6700
6 |
7 | MARC A. BECKER (S.B. #138872)
  | marcbecker@quinnemanuel.com
  | QUINN EMANUEL URQUHART
8 |    & SULLIVAN, LLP
  | 865 S. Figueroa Street, 10th Floor
9 | Los Angeles, California  90017
  | Telephone:  (213) 443-3000
10 |
11 | Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DANJAQ, LLC, a Delaware limited liability company; METRO-GOLDWYN-MAYER STUDIOS INC., a Delaware corporation, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; and AARON BERG, an individual,<br><br>Defendants. | Case No. 2:14-cv-02527 SJO (Ex)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT AARON BERG**<br><br>**Judge:** Hon. S. James Otero<br>**Magistrate:** Hon. Charles F. Eick<br><br>Trial Date: February 16, 2016<br>Time: 9:00 a.m.<br>Courtroom: 1 |
|---|---|

STIPULATION OF DISMISSAL

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiffs Danjaq, LLC; Metro-Goldwyn-Mayer Studios Inc.; United Artists Corporation; Seventeen Leasing Corporation; Eighteen Leasing Corporation; Nineteen Leasing Corporation; Twenty Leasing Corporation; and Twenty-One Leasing Company LLC (collectively, "Plaintiffs") and defendants Universal City Studios LLC; NBCUniversal Media, LLC; and Joshua Ehrenberg (identified in this action by the pseudonym "Aaron Berg"), through their designated counsel, that all claims Plaintiffs have brought against Aaron Berg in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with Plaintiffs and Aaron Berg to each bear their own attorneys' fees and costs with respect to these claims.

Dated: January 5, 2015

O'MELVENY & MYERS LLP

By: /s/ Robert M. Schwartz
    Robert M. Schwartz
Attorneys for Plaintiffs

Dated: January 5, 2015

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Aaron J. Moss
    Aaron J. Moss
Attorneys for Defendants Universal City Studios LLC and NBCUniversal Media, LLC

Dated: January 5, 2015

LATHROP & GAGE LLP

By: /s/ David Aronoff
    David Aronoff
Attorneys for Defendant Aaron Berg

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ATTESTATION</u>**

  I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 16, 2015       O'MELVENY & MYERS LLP

                  By: /s/ Robert M. Schwartz
                     Robert M. Schwartz
                    Attorneys for Plaintiffs